UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

MICHAEL NIGRO,

                                                                           **NOTICE OF APPEARANCE**
                                     Plaintiff,    19-cv-2369 (JMF)

                -against-

THE CITY OF NEW YORK, DEPUTY INSPECTOR
ANDREW J. LOMBARDO, RETIRED POLICE CHIEF
THOMAS PURTELL, POLICE CHIEF JAMES
McNAMARA, POLICE INSPECTOR JOHN D'ADAMO,
OFFICER JOSEPH ANIANO and NYPD OFFICERS
"JOHN DOES 1-10" and "RICHARD ROES 1-10,"

                                                         Defendants.

------------------------------------------------------------------------- x

       **PLEASE TAKE NOTICE** that **Amy Robinson,** Special Assistant Corporation Counsel, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary Carter, attorney for defendant City of New York.

Dated:  New York, New York
           June 27, 2019

                                                   ZACHARY CARTER
                                                   Corporation Counsel
                                                   of the City of New York
                                                   *Attorney for Defendant City of New York*
                                                   100 Church Street
                                                   New York, New York 10007
                                                   (212) 356-3518

                                           By:             /s/
                                                     Amy Robinson
                                                   Special Federal Litigation Division