UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MICHAEL NIGRO,

                           PLAINTIFF,

      vs.

THE CITY OF NEW YORK, a municipal entity,
DEPUTY INSPECTOR ANDREW J. LOMBARDO,
RETIRED POLICE CHIEF THOMAS PURTELL,
POLICE CHIEF JAMES McNAMARA, POLICE
INSPECTOR JOHN D'ADAMO, OFFICER JOSEPH
ANIANO, and NYPD OFFICERS "JOHN DOES 1-10"
and "RICHARD ROES 1-10",

                          DEFENDANTS.
_____

INDEX NO. 19-cv-2369-JMF

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, upon the Declaration of Kim E. Richman, including all of the exhibits annexed thereto, and upon the accompanying Memorandum of Law, and upon all prior proceedings, pleadings, and filings in this Action, Plaintiff will move this court at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, before the Honorable Jesse M. Furman, United States District Judge, for an Order granting an extension of the time for service of summonses pursuant to Fed. R. Civ. P. 4(m), and for such other relief that the Court may deem just and proper.

**RICHMAN LAW GROUP**
/s/ Kim E. Richman
Kim E. Richman
8 W. 126th St.
New York, NY 10027
T: 718.705.4975
F: 718.228.8522
krichman@richmanlawgroup.com