UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                :
MICHAEL NIGRO,                                       :

                     Plaintiff,                     :
                                                :      19-CV-2369 (JMF)
         -v-                             :
                                                :          <u>ORDER</u>
CITY OF NEW YORK,                             :

                   Defendant.                  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Case Management Plan and Scheduling Order dated January 14, 2021, the parties were required to file a joint letter indicating whether they would like the Court to refer the case to the assigned Magistrate Judge for settlement purposes and, if so, approximately when they believe a settlement conference should be held.  To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **February 5, 2021**.

       SO ORDERED.

Dated: January 29, 2021
       New York, New York                                    JESSE M. FURMAN
                                                          United States District Judge