```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
MICHAEL NIGRO,                                                       :
                                                                     :
                          Plaintiff,                                 :
                                                                     :      19-CV-2369 (JMF)
              -v-                                                    :
                                                                     :      ORDER
CITY OF NEW YORK,                                                    :
                                                                     :
                          Defendant.                                 :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      As discussed on the record during today's teleconference, Defendant is ordered to respond to Plaintiff's Interrogatories 15-20 by **September 28, 2021**. As discussed, the parties shall meet and confer on all other issues raised during the conference. By **September 22, 2021**, the parties shall file a joint letter with the Court: (1) updating the Court on the resolution of these issues and identifying any areas of disagreement that the parties believe warrant the Court's intervention; (2) proposing deadlines for the completion of any remaining open issues; and (3) proposing, if appropriate, a limited extension to the deadlines for the completion of fact and expert discovery set out in the Court's Order of July 1, 2021. *See* ECF No. 112.

      SO ORDERED.

Dated: September 14, 2021  
       New York, New York  
                                          JESSE M. FURMAN  
                                          United States District Judge