UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
          :
MICHAEL NIGRO,          :
          :
      Plaintiff,          :
          :    19-CV-2369 (JMF)
  -v-          :
          :    <u>ORDER</u>
CITY OF NEW YORK,          :
      Defendant.          :
          :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's September 15, 2021 Order, ECF No. 120, the parties were required to file a joint letter, the contents of which are described therein, no later than September 22, 2021. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to September 27, 2021.

      SO ORDERED.

Dated: September 24, 2021
      New York, New York
                            JESSE M. FURMAN
                            United States District Judge